**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

D'ANN S. MCCOY,                                       :   No. 30 EM 2023
                                                                          :
                              Petitioner                         :
                                                                          :
                                                                          :
                    v.                                               :
                                                                          :
                                                                          :
                                                                          :
THE PHILADELPHIA COURT OF COMMON    :
PLEAS,                                                           :
                                                                          :
                              Respondent                     :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of May, 2023, the Emergency Petition for Extraordinary

Relief is **DENIED**.